UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-24305-GAYLES

**DALE L. PICARDAT, JR.,**
        **Plaintiff,**

v.

**CITY OF MIAMI, TASHARA ALLEYNE,
JOHN ASKEW, and DANIEL MOGRO,**
        **Defendants.**
_____/

### ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**THIS CAUSE** comes before the Court *sua sponte*.

"[L]ocal rules have 'the force of law,'" *State Farm Mut. Auto. Ins. Co. v. B&A Diagnostic, Inc.*, 145 F. Supp. 3d 1154, 1158 (S.D. Fla. 2015) (quoting *Hollingsworth v. Perry*, 558 U.S. 183, 191 (2010)), and *pro se* litigants are "required . . . to conform to procedural rules," *Albra v. Advan, Inc.*, 490 F.3d 826, 829 (11th Cir. 2007) (citation omitted). Southern District of Florida Local Rule 7.1(c)(2) provides that "[a]bsent prior permission of the Court," an opposition memorandum of law shall not exceed twenty pages in length. And Local Rule 56.1 provides that a response in opposition to a statement of material facts shall not exceed ten pages in length.

Plaintiff Dale Picardat, Jr., *pro se*, filed his response in opposition to the Defendants' motion for summary judgment on March 14, 2017 [ECF No. 80]. The portion of the document containing the response to the Defendants' statement of material facts runs more than twenty-eight pages in length, and the portion of the document containing the memorandum of law runs more than twenty-seven pages in length, yet the Plaintiff neither sought nor obtained prior permission of the Court to exceed the page limits prescribed by the Local Rules.

It is, therefore, **ORDERED AND ADJUDGED** as follows:

(1)    the Plaintiff's Response to the Defendants' Motion for Summary Judgment [ECF

No. 80] is **STRICKEN** from the docket;

(2) by **March 21, 2017**, the Plaintiff shall file an amended response to the Defendants' statement of material facts and an amended memorandum of law that each comports with both the page requirements of the Local Rules and the Court's instruction in the Scheduling Order that "every motion shall be double spaced in 12-point Times New Roman typeface" [ECF No. 68]. To be clear, the response to the Statement of Material Facts **shall not exceed ten pages in length**, and the memorandum of law **shall not exceed twenty pages in length**;

(3) because the Plaintiff failed to seek leave of the Court to file excess pages before doing so, the Court will consider no request for leave to do so now, and no extensions of time will be given;

(4) the Plaintiff is warned that failure to comply with this Order in filing his amended response may result in the striking of the amended response and the consideration of the Defendants' Motion for Summary Judgment as unopposed. *See B&A Diagnostic*, 145 F. Supp. 3d at 1158 ("Although a failure to comply with the local rules can often result in harsh, if not fatal, outcomes for a party, such results are 'not by calculated choice of t[he] Court.'" (quoting *Gossard v. JP Morgan Chase & Co.*, 612 F. Supp. 2d 1242, 1246 (S.D. Fla. 2009))); and

(5) the Defendants shall file their Reply within seven days of the filing of the Plaintiff's amended response.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of March, 2017.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE